■ In the Matter of JOHN C. HILL, an Attorney.— Motion for reinstatement to the Bar of the State of New York granted. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.